**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

KATHY STURGILL, :

                Plaintiff,

    -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant. :

Case No. 3:12-cv-112

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## RECUSAL ENTRY

This case is before the Court on Plaintiff's First Motion for Attorney Fees (Doc. No. 16). In light of the retirement of Patricia Ann Zimmer, the law clerk who has assisted with Social Security cases since 1984, and the consequent removal of the undersigned from the Social Security case draw, the undersigned hereby RECUSES himself from further adjudication of this case and directs that the Clerk randomly assign it to one of the other Magistrate Judges as Dayton for further adjudication.

April 1, 2013.

                                                  s/ *Michael R. Merz*
                                                 United States Magistrate Judge